**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

James Schouveller,

        Plaintiff,                  Civil No. 06-3666 (RHK/RLE)

vs.                                        **ORDER**

JoAnne B. Barnhart, Commissioner
of Social Security,

        Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: October 2, 2006

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge