UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

JAMES SCHOUVELLER,                                    Civil 06-3666 (RHK/JSM)

                    Plaintiff,

            v.                                        **REPORT AND RECOMMENDATION**

JO ANNE B. BARNHART,
Commissioner of Social Security,

                    Defendant.

Plaintiff commenced this action on September 8, 2006, by filing a Complaint and an application for leave to proceed in forma pauperis, ("IFP").  (Docket Nos. 1 and 2.)  The Court examined Plaintiff's IFP application, and determined that he had not adequately demonstrated that he is indigent and unable to pay the filing fee prescribed by 28 U.S.C. § 1914(a).  The IFP application was therefore denied.  (See Order dated September 11, 2006; [Docket No. 3].)

The Order denying Plaintiff's IFP application informed him that he could still maintain this action, as a NON-IFP litigant, if he paid the statutory filing fee within twenty (20) days. Plaintiff was advised that if he did not pay the full filing fee within the time allowed, the Court would recommend that this action be dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b).

The deadline for paying the filing fee established by the Court's prior order has now passed.  To date, however, plaintiff has not paid his filing fee, nor has he contacted the Court, or communicated with the Court, in any way.  Therefore, it is now recommended, in accordance with the Court's prior Order, that plaintiff be deemed to have abandoned this

action, and that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

See Link v. Wabash Railroad Co., 370 U.S. 626, 630-31 (1962) (recognizing that a federal

court has the inherent authority to "manage [its] own affairs so as to achieve the orderly

and expeditious disposition of cases").

Based upon the above, and upon all the records and proceedings herein,

IT IS HEREBY RECOMMENDED that:

This action be **DISMISSED WITHOUT PREJUDICE**.


Dated:  November 30, 2006

                   *s/ Janie S. Mayeron*
                   JANIE S. MAYERON
                   United States Magistrate Judge

Under D.Minn. LR 72.2(b) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by **December 18, 2006**, a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections.  Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals.  A party may respond to the objecting party's brief within ten days after service thereof.  All briefs filed under this rule shall be limited to 3500 words.  A judge shall make a de novo determination of those portions to which objection is made.  This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable directly to the Circuit Court of Appeals.