UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMES SCHOUVELLER,                              CIVIL NO. 06-3666 (RHK/JSM)

    Plaintiff,

v.                                                                              ORDER

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 30, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that this case is dismissed without prejudice.

Dated:  12/29/06

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge